NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

15-528

STATE OF LOUISIANA

VERSUS

ROBERT L. BROUSSARD

************

APPEAL FROM THE
CITY COURT OF NEW IBERIA
PARISH OF IBERIA, NO. 201402992
HONORABLE THEODORE M. HAIK, III, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed John D. Saunders, James T. Genovese, and Shannon J. Gremillion, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**

Anne G. Stevens
City of New Iberia
457 E. Main Street, Room 202
New Iberia, LA 70560
(337) 369-2333
COUNSEL FOR APPELLEE:
        State of Louisiana

R. Michael Moity, Jr.
The Moity Law Firm
340 Weeks Street
New Iberia, LA 70560
(337) 365-5529
COUNSEL FOR APPELLANT:
        Robert L. Broussard

**Genovese, Judge.**

Defendant-Appellant, Robert L. Broussard, was convicted of OWI second offense, in violation of La.R.S. 14:98A(1)(a), and excessive noise, in violation of City Ordinance 513-96, 58-75, on March 4, 2015. Relator was ordered to pay a $1,000.00 fine plus court courts or, in default of payment, ten days in jail; sentenced to 125 days in the parish jail, all but seven days suspended; thirty 8-hour days of community service; upon release, Relator to be placed on supervised probation for an eighteen-month period on the charge of OWI second offense. Relator was ordered to pay a $250.00 fine or, in default of payment, ten days in the parish jail and pay a $200.00 witness fee on the charge of excessive noise. Relator filed a "NOTICE OF SUSPENSIVE APPEAL" with the trial court on March 12, 2015. The trial court issued an "ORDER OF APPEAL" on March 17, 2015, ruling, "IT IS FURTHER ORDERED that a Suspensive Appeal be granted to Robert Broussard, execution of sentence be stayed, and that post conviction bail be set at $25,000.00."

On June 8, 2015, this court lodged the appeal record for this case. On July 2, 2015, this court issued a rule to show cause why this matter should not be dismissed as non-appealable, since the offenses at issue are misdemeanors.

On July 15, 2015, Defendant-Appellant responded, requesting the following:

1. Convert the Order of Appeal to the request "to seek supervisory writs";

2. Grant leave for Appellant to obtain a [sic] Order granting a supervisory writ by the City Court Judge; and

3. Consider the matter as an appeal requiring a published opinion as there are novel issues of law and fact.

The appeal is dismissed, as the offenses are non-appealable. The request to convert the appeal to a writ is denied, but Defendant-Appellant is hereby permitted

to file a proper application for supervisory writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, within fifteen days from the date of this decision. Defendant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**